HELENE N. WHITE, Circuit Judge,
dissenting.
I respectfully dissent from section 1(D) of the majority’s discussion of the issues. Although I agree that the district court erred in admitting the Rule 404(b) evidence, I conclude that the error was harmless. The erroneous admission of other-acts evidence is harmless “if the record evidence of guilt is overwhelming, eliminating any fair assurance that the conviction was substantially swayed by the error.” United States v. Mack, 729 F.3d 594, 603 (6th Cir.2013) (internal citations and quotations omitted). Here, apart from Richardson’s confession, the items found in his home and trash — baggies with the corners cut off, baking soda, scales, cash, and nine grams of crack cocaine, or ninety individual servings — constitute overwhelming evidence of intent to distribute, not mere possession. I would therefore affirm on the basis of harmless error.
As to Richardson’s other claims of error, I agree that his Rule 609 claim is foreclosed by his failure to testify, that he has shown no error in the district court’s denial of his motion to suppress, and that he failed to establish that his 1997 sentence was shortened by the court.